Honorable Thomas M. Durkin

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that 17 C 7903, *Hospira, Inc. v. Fresenius Kabi USA, LLC.,* pending before the Hon. Jorge L. Alonso, has been identified for transfer to the Patent Case Pilot Program in which this Court is participating; therefore

It is hereby ordered that 17 C 7903, *Hospira, Inc. v. Fresenius Kabi USA, LLC.,* is to be reassigned by lot to one of the district judges participating in the pilot program.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 3rd day of November, 2017